IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF FILED

ERIN MARIE VICKERS,

     Appellant,

v.

Case No. 5D22-195
LT Case No. 2015-CF-000302

STATE OF FLORIDA,

     Appellee.

_____/

Decision filed April 11, 2023

3.850 Appeal from the Circuit Court
for Flagler County,
Terence R. Perkins, Judge.

Erin Marie Vickers, Ocala, pro se.

Ashley Moody, Attorney General,
Tallahassee, and Allison Leigh
Morris, Assistant Attorney General,
Daytona Beach, for Appellee.


PER CURIAM.

    AFFIRMED.


WALLIS, EISNAUGLE and HARRIS, JJ., concur.